THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LARRY PERKINS,**                                                                                      **PLAINTIFF**
Reg. # 14763-025

v.                              Case No: 2:22-cv-00168-KGB-JTK

**FEDERAL BUREAU OF PRISONS,** *et al*.                          **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). No objections have been filed, and the deadline to file objections has passed. Judge Kearney recommends that the Court dismiss plaintiff Larry Perkins' complaint for failure to prosecute. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Court dismisses without prejudice this case and certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 8th day of February, 2023.

_____
Kristine G. Baker
United States District Judge